bursements to the appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAESAR SABELLI and Another v. BELLANCA AIRCRAFT CORPORATION and Others. — Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM BACHRACH v. RHODE ISLAND INSURANCE COMPANY and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IDEAL ROOF & SKYLIGHT WORKS. INC., and Another, against WILLIAM E. WALSH and Others and CORONET PROPERTIES, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOBINE JOHNSON v. OLAF JOHNSON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

ROY SCHWARTZ, an Infant, etc., v. JOHN CALVIN BUCHER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL BEHRMAN v. 245 WEST ONE HUNDRED AND SECOND STREET CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REGINA MARASCO v. PIETRO ALVINO, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUTH ROSENFELD, an Infant, etc., v. ACKEY HOLDING AND OPERATING CORPORATION.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCES B. DOUGHERTY v. EDWARD H. BURGER.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING STERNSCHEIN and Others v. BERKOWITZ BROS. & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID L. JOHNSON, as Trustee, etc., v. ALBERT HELLER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

POSNICK-NONAS CO., INC., v. NATIONAL SURETY COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CARMEN CERNUDO v. WILLIAM J. SCHMIDT and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LENA FORELLA v. HYPOLIT WDOWICKI and Others, Impleaded with WILLIAM W. PENFIELD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESIMON CORPORATION and Another v. PETER DOELGER BREWING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

B. EDMUND DAVID, INC., v. 5TH AVENUE 34TH STREET REALTY CO., INC.—